AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ALEJANDRO SANCHEZ-HERNANDEZ | |

CASE NUMBER: 07cr3335-DMS

I, ALEJANDRO SANCHEZ-HERNANDEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12-13-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X *Alejandro Sanchez Hernandez*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
JUDICIAL OFFICER