U.S.A. vs **Alejandro Sanchez-Hernandez** No. **07cr3335-DMS**

The Court finds excludable delay, under the section indicated by check ( ✓ ), commenced on _____ and ended on _____ ; ( )

commenced on **12-20-07** and ended on **1-4-08** . (X7, XT1)

**3161(h)**

___ (1)(A)  Exam or hrg for **mental or physical incapacity**  A

___ (1)(B)  **NARA exam**ination (28:2902)  B

___ (1)(D)  State or Federal trials or **other charges pending**  C

___ (1)(E)  **Interlocutory appeals**  D

___ (1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)  E

___ (1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)  F

___ (1)(J)  **Proceedings under advisement** not to exceed thirty days  G

___         Misc proc: Parole or prob rev, deportation, **extradition**  H

___ (1)(H)  **Transportation** from another district or to/from examination or hospitalization in ten days or less  6

**✗** (1)(I)  Consideration by Court of **proposed plea agreement**  ⑦

___ (2)    **Prosecution deferred** by mutual agreement  I

___ (3)(A)(B)  **Unavailability** of defendant or **essential witness**  M

___ (4)    Period of **mental or physical incompetence** of defendant to stand trial  N

___ (5)    Period of **NARA commitment or treatment**  O

___ (6)    **Superseding indictment and/or new charges**  P

___ (7)    **Defendant awaiting trial of co-defendant** when no severance has been granted  R

___ (8)(A)(B)  **Continuances** granted per (h)(8) - use "T" alone if more than one of the reasons below are given in support of continuance  T

___ (8)(B)(i)  1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)**  (T1)

**✗**       2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)  2) **Case** unusual or **complex**  T2

___ (8)(B)(iii)  3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3

___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**  T4

___ 3161(I)  Time up to **withdrawal of guilty plea**  U

___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days  W

Date **12/20/07**                                 _____
                                                 Judge's Initials